UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————

MIKOLAJ BOJDOL,

                    Plaintiff,                    24-cv-8356 (JGK)

          - against -                             ORDER

NEW FORTRESS ENERGY INC., ET AL.,
                    Defendant.

————————————————————————

JOHN G. KOELTL, District Judge:

          The responses to all the motions to consolidate cases, to

appoint lead plaintiff, and to approve lead counsel, <u>see</u> ECF

Nos. 7, 9, 14, 17, are due **December 6, 2024.** The replies are due

on **December 20, 2024.**


SO ORDERED.
Dated:    New York, New York
          November 22, 2024

                                        _____
                                             John G. Koeltl
                                        United States District Judge